1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   William Edward Boult

11              Plaintiff,                    No. CIV S-05-1114 FCD  CMK

12         vs.

13   Steven Kennedy, et al,

14              Defendants          FINDINGS & RECOMMENDATIONS

15   _____/

16              Plaintiff, who is presently incarcerated in the Shasta County Jail,[1] has filed a 42

17   U.S.C. § 1983 civil rights suit against both Steven Kennedy, who is employed as a public

18   defender, and the Shasta County Public Defender's Office.

19              Plaintiff appears to allege ineffective assistance of counsel.  He states that his

20   attorney failed to communicate with him and failed to file motions on his behalf.  It is unclear

21   whether plaintiff has been convicted.  Additionally, plaintiff's claim does not concern any

22   conditions of his confinement, but, instead, the gravamen of plaintiff's complaint goes to the

23   duration or fact of his confinement.  Suits challenging the validity of a prisoner's continued

24   incarceration lie within "the heart of habeas corpus," while a §1983 claim is the proper remedy for

25   _____

26         [1]Plaintiff's address of record is the address of the Shasta County Jail.

1

1 a prisoner who is challenging the conditions of his confinement, but not the fact or length of his

2 stay. Preiser v. Rodriguez, 411 U.S. 475, 498-99 (1973).

3         Based on the foregoing, IT IS RECOMMENDED that plaintiff's complaint be

4 dismissed without prejudice to him bringing it as a properly exhausted habeas claim.

5         These findings and recommendations are submitted to the United States District

6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

7 after being served with these findings and recommendations, plaintiff may file written objections

8 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

9 and Recommendations."  Plaintiff is advised that failure to file objections within the specified

10 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

11 (9th Cir. 1991).

12 DATED:  July 7, 2005.

13

14                                                                  

CRAIG M. KELLISON

15 UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26